IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ANDRE WASHINGTON,              )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:25-cv-840
                               )
UNKNOWN PERSONS AT THE         )
DAVIDSON COUNTY DETENTION      )
CENTER,                        )
                               )
          Defendant.           )
```

**ORDER**

On September 16, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The record reflects that the Recommendation was served by mail to Plaintiff's last known address at Facility 5048. P.O. Box 18247, Lexington, North Carolina, but returned as undeliverable and marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward," (See Doc. 4.) This court has no obligation to locate Plaintiff to provide actual notice; instead, it is the duty of a litigant to keep this court informed of a current address. LR 11.1(b). Because Plaintiff has not provided the court with an address within 63 days of the

date of the last return of mail, the court finds the case should be dismissed without prejudice for failure to prosecute. See LR 11.1(b).

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 11.1(b) for failure to prosecute.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 16th day of January, 2026.

_____
United States District Judge

- 2 -
